USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Martinez,

        Plaintiff,

-against-

Salvatore Aiello and GetJunked.com LLC,

        Defendants.

1:24-cv-01073 (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    The Court adopts the proposed Case Management Plan submitted by the parties at ECF No. 6, which will be entered by separate Order. If the parties still wish to have an Initial Pretrial Conference, they shall so inform the Court no later than April 5, 2024.

**SO ORDERED.**

Dated:    New York, New York
          April 2, 2024

_____
STEWART D. AARON
United States Magistrate Judge