```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jose Martinez,<br><br>      Plaintiff,<br><br>-against-<br><br>Salvatore Aiello and GetJunked.com LLC,<br><br>      Defendants. | 1:24-cv-01073 (SDA)<br><br>ORDER |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

  Discovery in this case closed on September 15, 2024. (*See* Case Mgmt. Plan, ECF No. 11.) It is hereby Ordered that, no later than September 23, 2024, the parties shall file a joint letter regarding proposed next steps in this action, including whether any party intends to file a dispositive motion and/or whether the parties would like to be referred to the Court's mediation program. If any party intends to file a dispositive motion, the joint letter also shall include a proposed briefing schedule.

**SO ORDERED.**

Dated:  New York, New York
     September 16, 2024

                     _____
                     STEWART D. AARON
                     United States Magistrate Judge